



## MEMORANDUM OPINION

No. 04-10-00831-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Phylis J. Speedlin, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  December 8, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED

On November 15, 2010, relator Jason Miears filed a petition for writ of mandamus. Then, on November 16, 2010, relator filed a motion to dismiss all original proceedings and motions.  Accordingly, the petition for writ of mandamus is DISMISSED.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.